IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | *AUSA: Izabella Babchinetskaya, Esq.* |
| : | |
| **v.** : | **CRIMINAL NO. 24-305** |
| : | |
| **DESHAWN TAYLOR** : | *Attorney: Mark T. Wilson, AFD* |
| *Reg. 33141-511* : | |

# O R D E R

**AND NOW,** this **8th** day of **April 2025,** upon consideration of the Motion to Suppress (Doc. 22), the Government's Response thereto (Doc. 26) and after a hearing held before the Honorable Kai N. Scott on February 18, 2025, it is **ORDERED** that the Motion is **DENIED**. A memorandum opinion will follow.

Counsel is reminded that the Final Pretrial Conference in this matter is scheduled for May 1, 2025, and a Jury Trial is set to begin on May 19, 2025. Joint trial submissions are due seven (7) business days prior to the Final Pretrial Conference.

BY THE COURT:

*s/Kai N. Scott*
_____
**THE HONORABLE KAI N. SCOTT**
United States District Court Judge
for the Eastern District of Pennsylvania